IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. G-14-MJ-19 |
| | § | |
| EUGENE VIGIL | § | |
| a/k/a "Geno" | § | |

## COMMITMENT ORDER

Having found that the Defendant, **Eugene Vigil a/k/a "Geno"**, is the same person currently charged in an Indictment in Cause No. 1:14-CR-1365 (6); styled <u>United States of America v. Eugene Vigil a/k/a "Geno"</u>, in the United States District Court for the District of New Mexico, Albuquerque Division, the United States Marshal is hereby **COMMANDED** to take custody of the Defendant, **Eugene Vigil a/k/a "Geno"**, and to transport him forthwith, together with a certified copy of this Commitment Order, to the <u>**United States District Court for the District of New Mexico, Albuquerque Division**</u>, and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant and make due return of this Commitment Order.

**DONE** at Galveston, Texas, this _____5th_____ day of May, 2014.

_____
John R. Froeschner
United States Magistrate Judge

**R E T U R N**

| This commitment was received and executed as follows: | |
| --- | --- |
| Date commitment order received: | Place of Commitment: |
| Date Defendant committed: | United States Marshal: |
| Date: | (by) Deputy Marshal: |